No. 93–8113.  ARNETT v. KELLOGG CO., 511 U. S. 1040;

No. 93–8159.  BROWN-BRUNSON ET VIR v. HUNTER, SUPERIN-TENDENT, BALTIMORE COUNTY BOARD OF EDUCATION, ET AL., 511 U. S. 1057; and

No. 93–8342.  BOALBEY v. ROCK ISLAND COUNTY ET AL., 511 U. S. 1076.  Petitions for rehearing denied.

No. 93–7098.  RICHLEY v. NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION, 511 U. S. 1063;

No. 93–7167.  HOLMES ET AL. v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 511 U. S. 1063;

No. 93–7441.  JEFFERSON v. ZANT, WARDEN, 511 U. S. 1046; and

No. 93–7730.  ELKINS v. SOUTH CAROLINA, 511 U. S. 1063. Petitions for rehearing denied.  JUSTICE BLACKMUN dissents from the denial of rehearing.  He would grant the petitions for rehearing, grant the petitions for certiorari, and vacate peti-tioners' death sentences.  See Callins v. Collins, 510 U. S. 1141, 1143 (1994).

No. 93–7178.  DAVIS v. UNITED STATES, 510 U. S. 1127.  Motion for leave to file petition for rehearing denied.

JUNE 14, 1994

No. 93–1984.  IN RE LAWSON ET AL.  Motion of petitioners for expedited review granted.  Petition for writ of mandamus denied.

No. 93–9538 (A–1036).  LAWSON v. DIXON, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, pre-sented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Despite alleged procedural problems, I find petitioner's consti-tutional challenge to the gas chamber to be a serious one.  Only four States, Arizona, California, Mississippi, and North Carolina, still use the gas chamber as a method of execution.  Its cruelty has been attested to on more than one occasion.  See, e. g., the dissenting opinion of Justice Marshall, joined by Justice Brennan, in Gray v. Lucas, 463 U. S. 1237, 1240 (1983).